UNITED STATES v. TIFFANY & CO.

(Circuit Court of Appeals, Second Circuit. February 4, 1907.)

No. 22.

CUSTOMS DUTIES—COURTS—ACTION FOR DUTIES—SUSPENSION OF TRIAL.

In an action against an importer for unpaid duties, the Circuit Court has ample power to suspend the trial until the importer, by payment of the duties assessed, may put himself in position to try the question as to classification of the goods before the Board of General Appraisers.

In Error to the Circuit Court of the United States for the Southern District of New York.

For former proceedings in this case, see (C. C. A.) 151 Fed. 473, reversing (C. C.) 137 Fed. 971, as to an importation at the port of New York.

It was there held that, when an importer is sued for unpaid duties, he cannot defend on the ground that the duties were improperly assessed; that under Customs Administrative Act June 10, 1890, c. 407, § 14. 26 Stat. 137 [U. S. Comp. St. 1901, p. 1933], the collector's decision is final, unless reversed on review by the Board of United States General Appraisers or the courts in the manner prescribed in said act, and that in order to secure such review the

duties should first be paid. The present proceedings have arisen on a motion in behalf of the importers for leave to apply to the Circuit Court for permission to amend the answer to the complaint of the government in the original action.

D. Macon Webster (Arthur M. King, of counsel), for importers.

J. Osgood Nichols, Asst. U. S. Atty.

Before WALLACE, LACOMBE, and COXE, Circuit Judges.

LACOMBE, Circuit Judge. The application to serve and file a supplemental and amended answer is denied, because we deem the application unnecessary, as the Circuit Court has ample power to grant such relief, and to suspend the trial until the importer, by payment of the duties assessed, may put itself in position to try the question as to classification before the Board of General Appraisers.